```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  Cr. No. S-09-494 DAD
12                                )
                      Plaintiff,  )
13                                )  STIPULATION AND ORDER TO
    v.                            )  CONTINUE
14                                )
                                  )  DATE: January 5, 2010
15  JOSEPH ROYCE,                 )  TIME: 10:00 a.m.
                      Defendant.  )  COURT: Hon. Dale A. Drozd
16                                )
                                  )
17
```

18       It is hereby stipulated and agreed by and between the parties
19  hereto, through their respective counsel, that the trial confirmation
20  hearing on January 5, 2010, and the jury trial on January 25, 2010,
21  be vacated and the case set for a status conference on February 23,
22  2010, at 10:00 a.m.
23       This continuance is requested because the parties are continuing
24  to negotiate a disposition to this matter.  Accordingly, the parties
25  stipulate that time under the Speedy Trial Act be excluded through
26  ///
27  ///
28  ///

1

February 23, 2010, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

DATED: January 4, 2010.

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

DATED: January 4, 2010.

By: /s/ Dan Koukol
DAN KOUKOL
Attorney for defendant

O R D E R

IT IS SO ORDERED.

DATED: January 4, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/royce0494.ord